# MALLON CONSUMER LAW GROUP, PLLC
ATTORNEYS AT LAW

One Liberty Plaza
Suite 2301
New York NY 10006
(917) 734-6815
consumer.esq@outlook.com

**Application GRANTED.** The initial pretrial conference scheduled for August 31, 2024, is rescheduled to A**ugust 21, 2024 at 4:20pm.** The materials described at Dkt. 11 shall be filed by **August 24, 2024.**

July 11, 2024

Dated: July 12, 2024
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court Judge
U.S. District Court S.D.N.Y.
500 Pearl St.
New York, NY 10007

Re: *Mines v. Citibank, N.A. et al.* 1:20=4-cv-044423-LGS-KHP

Dear Judge Schofield:

On June 12, 2024 the Court scheduled an initial conference in this matter for August 31, 2024 at 4:20 p.m.  However, August 31, 2024 is on a Saturday, and Plaintiff assumes that date was therefore scheduled in error.  Plaintiff accordingly respectfully requests that the conference be rescheduled.

Respectfully submitted,

*[signature]*

Kevin Mallon
Counsel for Plaintiff Richard Mines