UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------  X
                                                               :
  RICHARD MINES,                                               :
                                   Plaintiff,                  :
                                                               :          24 Civ. 4423 (LGS)
                      -against-                                :
                                                               :                ORDER
  CITIBANK, N.A., et al.,                                      :
                                   Defendants.                 :
                                                               :
-------------------------------------------------------------  X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for August 21, 2024;

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

        ORDERED that the August 21, 2024, initial pretrial conference is **CANCELED**.  If the parties

believe that a conference would nevertheless be useful, they should inform the Court immediately so the

conference can be reinstated.  The case management plan and scheduling order will issue in a separate

order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the

need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is

further

        ORDERED that if Defendant(s) seek to file a motion to dismiss or motion to compel arbitration,

they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

        ORDERED, regarding settlement discussions, the parties' request for a referral to a settlement

conference is **GRANTED**.  The referral will issue in a separate order.

        The parties should be aware that the Court does not extend the deadlines for fact and expert

discovery absent compelling circumstances.

Dated:  August 15, 2024
        New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE