# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Lauren N. Brown
Tel: 646.346.8042
Fax: 212.223.1942
BrownLN@ballardspahr.com

**Application GRANTED.** The pre-motion conference scheduled for October 16, 2024, is adjourned to **October 30, 2024, at 4:20pm**.

October 14, 2024

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dated: October 15, 2024
New York, New York

Re:  Richard Mines v. Citibank, N.A., et al.,
Case No. 1:24-cv-04423-LGS (S.D.N.Y)

_/s/ Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

My firm represents Defendant Citibank, N.A. ("Citibank") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, Rule I.B.3, we write to request an adjournment of the pre-motion conference scheduled on October 16, 2024 at 4:20 p.m.

Citibank is requesting an adjournment of the initial conference because its lead counsel is out of the country at the time of the conference. This is Citibank's first request for an adjournment of the pre-motion conference. Plaintiff's counsel consents to the proposed adjournment. This request will not affect any other scheduled deadlines or court appearances. The parties suggest one of the following dates for rescheduling the conference: October 28 or 29.

Thank you in advance for your consideration of this request.

Respectfully submitted,

_/s/ Lauren Brown_

Lauren Brown

cc:   Counsel of Record, via cm/ecf filing

DMFIRM #414059530 v1