UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                    :
RICHARD MINES,                                   :
                          Plaintiff,            :
                                                                  :           24 Civ. 4423 (LGS)
                -against-                     :
                                                                    :                   <u>ORDER</u>
CITIBANK, N.A., et al.,                         :
                         Defendants.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated October 11, 2024, granted the parties' request for an extension of time to file their joint status letter and required the letter to be filed by October 18, 2024.

       WHEREAS, the parties failed to submit the letter. It is hereby

       **ORDERED** that the parties shall file the joint status letter by October 24, 2024.

Dated: October 21, 2024
       New York, New York

                                                         LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE