UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
       :
RICHARD MINES,       :
       Plaintiff,   :
       :   24 Civ. 4423 (LGS)
     -against-    :
       :   ORDER
CITIBANK, N.A., et al.,    :
       Defendants.  :
       :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held October 30, 2024. As discussed at the conference, it is hereby

**ORDERED** that by **November 6, 2024**, the parties shall file a joint status letter describing the status of settlement negotiations and whether additional discussion would be productive. If additional discussions are deemed unproductive, the parties shall include a proposed briefing schedule for any motion to compel arbitration. It is further

**ORDERED** that Defendant Citibank, N.A. shall serve its requests for production and interrogatories on Plaintiff by **November 8, 2024**. All other existing discovery deadlines remain in effect. It is further

**ORDERED** that the parties' referral to Judge Parker for a settlement conference is withdrawn.

Dated: October 31, 2024
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE