UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

RICHARD MINES,

                                Plaintiff,

                -against-

CITIBANK, N.A., et al.,

                           Defendants.

---------------------------------------------------------------X

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**24-CV-4423 (LGS)**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/01/2024**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       In light of the order removing the referral for settlement filed on October 31, 2024 (doc. no 59) the Settlement Conference currently scheduled for **December 3, 2024** is hereby adjourned *sine die*.

       **SO ORDERED.**

Dated: November 1, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge