UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
RICHARD MINES,                                                :
                                    Plaintiff,                :
                                                              :       24 Civ. 4423 (LGS)
              -against-                                       :
                                                              :              ORDER
CITIBANK, N.A., et al.,                                       :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 4, 2024, required the parties to jointly file a letter apprising the Court of the status of arbitration every sixty days.

WHEREAS, the parties last filed a status report on June 3, 2025. It is hereby

**ORDERED** that the parties shall file the joint status letter by August 15, 2025.

Dated: August 12, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE