UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                             :
  RICHARD MINES,                                             :
                                    Plaintiff,               :
                                                             :         24 Civ. 4423 (LGS)
                    -against-                                 :
                                                             :         ORDER
  CITIBANK, N.A., et al.,                                    :
                                    Defendants.              :
                                                             :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 4, 2024, required the parties to jointly file a letter apprising the Court of the status of arbitration every sixty days.

WHEREAS, the parties last filed a status report on December 3, 2025. It is hereby

**ORDERED** that the parties shall file the joint status letter by **February 10, 2026**.

Dated: February 4, 2026
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**