UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                               :

RICHARD MINES,                          :

                        Plaintiff,      :

                                :          24 Civ. 4423 (LGS)

           -against-            :

                                :            ORDER

CITIBANK, N.A., et al.,            :

                 Defendants.    :

                                :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Order dated December 4, 2024, requires the parties to jointly file a letter

apprising the Court of the status of arbitration every sixty days.

     WHEREAS, the parties last filed a status report on February 10, 2026.  It is hereby

     **ORDERED** that the parties shall file the joint status letter by **April 22, 2026**.

Dated: April 15, 2026
       New York, New York

                             LORNA G. SCHOFIELD
                       UNITED STATES DISTRICT JUDGE