UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                          :

RICHARD MINES,
                     Plaintiff,     :

                           :           24 Civ. 4423 (LGS)

         -against-            :

                           :              ORDER

CITIBANK, N.A., et al.,             :
                   Defendants.   :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 15, 2026, required the parties to file a joint letter regarding the status of arbitration by April 22, 2026.

WHEREAS, the parties have not filed the status letter, but on April 27, 2026, filed a joint stipulation of dismissal with prejudice with respect to Defendant Citibank, N.A.  It is hereby

**ORDERED** that the parties shall file a joint status letter regarding the status of arbitration with respect to the remaining defendants by **May 5, 2026**.  The parties are advised that failure to file a timely letter may result in sanctions.

Dated: April 28, 2026
       New York, New York

                              LORNA G. SCHOFIELD
                          UNITED STATES DISTRICT JUDGE