UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                   :

RICHARD MINES,
                        Plaintiff,   :
                                     :            24 Civ. 4423 (LGS)

            -against-             :
                                   :                ORDER

CITIBANK, N.A., et al.,            :
                   Defendants. :
                                   :
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties were directed to file a stipulation of dismissal with respect to Defendants Experian Information Solutions, Inc. and Trans Union, LLC by May 11, 2026.  (Dkt. No. 83).

WHEREAS, the parties have not filed the stipulation of dismissal.  It is hereby

**ORDERED** that the parties shall file the stipulation of dismissal as soon as practicable and no later than **May 18, 2026**.

Dated: May 13, 2026
       New York, New York

                               **LORNA G. SCHOFIELD**
                        **UNITED STATES DISTRICT JUDGE**